
BENJAMIN B. WAGNER
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

**SEALED**

**FILED**
JUN 4 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0117 JAM |
|---|---|
| Plaintiff, | ORDER TO SEAL (UNDER SEAL) |
| v. | |
| JAMES HAY HITT, | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Roger Yang to seal the indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of this Court.

DATED: June 4, 2015

EDMUND F. BRENNAN
United States Magistrate Judge

1