1  BENJAMIN B. WAGNER
   United States Attorney
2  ROGER YANG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                         IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0117 JAM
12 |                  Plaintiff, |
13 | v.                          | STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND JAMES JAY HITT
14 | JAMES JAY HITT,             |
15 |                  Defendant. |

16

17                              **STIPULATION**

18    Plaintiff United States of America, by and through its counsel of record, and defendant

19 JAMES JAY HITT, by and through his counsel of record, hereby stipulate as follows:

20    1.   This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of

21 Criminal Procedure, and its general supervisory authority.

22    2.   This Stipulation and Order pertains to all discovery provided to or made available to

23 Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

24    3.   Defense counsel shall not disclose any of the discovery to any person other than their

25 respective defendant/client, witnesses that they are interviewing or preparing for trial, or attorneys,

26 law clerks, paralegals, secretaries, experts, and investigators involved in the representation of the

27 defendant in connection to this criminal case.

28

4.  The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States Government.  Defense counsel will return the discovery or certify that it has been shredded at the conclusion of the case and defense counsel's document retention obligations.

5.  In the event that the defendant obtains substitute counsel, undersigned defense counsel agrees to withhold the discovery from new counsel unless and until substituted counsel agrees to be bound by this order.

6.  Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

7.  If defense counsel releases custody of any of the discovery, or authorized copies thereof, to any person described in paragraph three, defense counsel shall provide such recipients with copies of this Order and advise that person that the discovery is the property of the United States Government, that the discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the discovery may constitute a violation of law and/or contempt of court.

**Remainder of Page Intentionally Left Blank**

8. Defense counsel shall be responsible for advising his or her respective defendant, employees and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

IT IS SO STIPULATED.

DATED: June 30, 2015

                             /s/ Roger Yang
                             ROGER YANG
                             Assistant United States Attorney

DATED: June 30, 2015

                             /s/ Kyle R. Knapp
                             KYLE R. KNAPP
                             Counsel for Defendant

## **O R D E R**

IT IS SO FOUND AND ORDERED this 29th day of June, 2015.

                             /s/ John A. Mendez
                             JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE