KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
JAMES HITT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES HITT.<br><br>　　　　Defendant. | No. 15-CR-00117-JAM<br><br>STIPULATION AND<br>ORDER CONTINUING CASE AND<br>EXCLUDING TIME<br><br>Date:  September 15, 2015<br>Time:  9:15am.<br>Judge:  Honorable John A. Mendez |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant James Hitt, that the previously-scheduled status conference, currently set for July 21, 2015, be vacated and that the matter be set for status conference on September 15, 2015 at 9:15 a.m.

　　　This continuance is requested to allow defense counsel additional time to review the initial discovery, perform defense investigation and coordinate the forensic review of the computer evidence in this case.

　　　IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that

1

time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, July 16, 2015 up to and including September 15, 2015.

IT IS SO STIPULATED.

Dated:  July 16, 2015 BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

by:  /s/Roger Yang
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

Dated:  July 16, 2015 /s/ Kyle Knapp
KYLE KNAPP
Attorney for Defendant
JAMES HITT

## ORDER

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's July 21, 2015 criminal calendar and re-calendared for status conference on September 15, 2015 at 9:15am.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on July 16, 2015 through and including September 15, 2015.

**IT IS SO ORDERED**.

Dated:  7/16/2015                                          /s/ John A. Mendez
                                                           HON. John A. Mendez
                                                           United States District Court Judge