KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
JAMES HITT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>JAMES HITT.<br><br>      Defendant. | No. 15-CR-00117-JAM<br><br>STIPULATION AND<br>ORDER CONTINUING CASE AND<br>EXCLUDING TIME<br><br>Date:  January 26, 2016<br>Time:  9:15am.<br>Judge:  Honorable John A. Mendez |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant James Hitt, that the previously-scheduled status conference, currently set for December 1, 2015, be vacated and that the matter be set for status conference on January 26, 2016 at 9:15 a.m.

This continuance is requested to allow defense counsel additional time to review the initial discovery, perform defense investigation and coordinate the forensic review of the computer evidence in this case. In addition, defense counsel recently concluded a lengthy homicide trial in Sacramento County.

1

1  IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a
2  continuance outweigh the best interests of the public and the defendant in a speedy trial and that
3  time within which the trial of this case must be commenced under the Speedy Trial Act should
4  therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code
5  T-4 (to allow defense counsel time to prepare and ensure continuity of counsel) from the date of
6  the parties' stipulation, November 30, 2015 up to and including January 26, 2016.
7  IT IS SO STIPULATED.

Dated:  November 30, 2015                    BENJAMIN B. WAGNER
                                             UNITED STATES ATTORNEY

                                    by:   /s/Roger Yang
                                          ROGER YANG
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

Dated:  November 30, 2015                 /s/ Kyle Knapp
                                          KYLE KNAPP
                                          Attorney for Defendant
                                          JAMES HITT

## ORDER

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's December 1, 2015 criminal calendar and re-calendared for status conference on January 26, 2016 at 9:15am.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on November 30, 2015 through and including January 26, 2016.

**IT IS SO ORDERED**.

Dated: 11/30/2015 /s/ John A. Mendez
HON. John A. Mendez
United States District Court Judge