KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
JAMES HITT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>JAMES HITT.<br><br>          Defendant. | No. 15-CR-00117-JAM<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date:  June 24, 2016<br>Time:  9:00am.<br>Judge:  Honorable Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant James Hitt, that the previously-scheduled status conference, currently set for May 13, 2016, be vacated and that the matter be set for status conference on June 24, 2016 at 9:00 a.m.

This continuance is requested to allow defense counsel additional time to review the initial discovery, perform defense investigation and coordinate the forensic review of the computer evidence in this case.  The forensic review of the evidence will take place on May 17 &18, 2016 and several weeks will be needed to properly analyze and evaluate any findings.

1

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, May 10, 2016 up to and including June 24, 2016.

IT IS SO STIPULATED.

Dated:  May 10, 2016                              BENJAMIN B. WAGNER
                                                  UNITED STATES ATTORNEY

                                           by:    /s/Roger Yang
                                                  ROGER YANG
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

Dated:  May 10, 2016                              /s/ Kyle Knapp
                                                  KYLE KNAPP
                                                  Attorney for Defendant
                                                  JAMES HITT

**[PROPOSED] ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's May 13, 2016 criminal calendar and re-calendared for status conference on June 24, 2016 at 9:00am.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on May 10, 2016 through and including June 24, 2016.

**IT IS SO ORDERED**.
Dated: May 12, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge