KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
JAMES HITT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>JAMES HITT.<br><br>       Defendant. | No. 15-CR-00117-GEB<br><br>STIPULATION AND<br>[PROPOSED] ORDER CONTINUING CASE<br>AND EXCLUDING TIME<br><br>Date:  July 8, 2016<br>Time:  9:00am.<br>Judge:  Honorable Garland E. Burrell, Jr. |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant James Hitt, that the previously-scheduled status conference, currently set for June 24, 2016, be vacated and that the matter be set for status conference on July 8, 2016 at 9:00 a.m.

   This continuance is requested to allow defense counsel additional time to perform defense investigation and consult with his client.  The forensic review of the evidence was conducted on May 17 &18, 2016 and additional time is needed to properly analyze and evaluate any findings.  In addition, counsel reviewed the evidence seized with the investigating officer and needs to address the issues presented with his client.

     IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, June 22, 2016 up to and including July 8, 2016.

IT IS SO STIPULATED.

Dated:  June 22, 2016
                PHILLIP A. TALBERT
                ACTING UNITED STATES ATTORNEY

            by:   /s/Roger Yang
                   ROGER YANG
                   Assistant U.S. Attorney
                   Attorney for Plaintiff

Dated:  June 22, 2016
                /s/ Kyle Knapp
                KYLE KNAPP
                Attorney for Defendant
                JAMES HITT

**ORDER**

     The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's June 24, 2016 criminal calendar and re-calendared for status conference on July 8, 2016 at 9:00am.

     Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on June 22, 2016 through and including July 8, 2016.

     **IT IS SO ORDERED**.

Dated: June 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge