KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
JAMES HITT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JAMES HITT.<br><br>  Defendant. | ) No. 15-CR-00117-GEB<br>)<br>) STIPULATION AND<br>) [PROPOSED] ORDER CONTINUING CASE<br>) AND EXCLUDING TIME<br>)<br>)<br>) Date:  July 29, 2016<br>) Time:  9:00am.<br>) Judge:  Honorable Garland E. Burrell, Jr.<br>)<br>)<br>) |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant James Hitt, that the previously-scheduled status conference, currently set for July 8, 2016, be vacated and that the matter be set for status conference on July 29, 2016 at 9:00 a.m.

   This continuance is requested to allow defense counsel additional time to perform defense investigation and consult with his client. The forensic review of the evidence was conducted on May 17 &18, 2016 and additional time is needed to properly analyze and evaluate any findings. Counsel also reviewed the evidence seized with the investigating officer and needs to address the issues presented with his client and the family.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, July 6, 2016 up to and including July 29, 2016.

IT IS SO STIPULATED.

Dated:  July 6, 2016     PHILLIP A. TALBERT
                         ACTING UNITED STATES ATTORNEY

                    by:  /s/Roger Yang
                         ROGER YANG
                         Assistant U.S. Attorney
                         Attorney for Plaintiff

Dated:  July 6, 2016     /s/ Kyle Knapp
                         KYLE KNAPP
                         Attorney for Defendant
                         JAMES HITT

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's July 8, 2016 criminal calendar and re-calendared for status conference on July 29, 2016 at 9:00am.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on July 6, 2016 through and including July 29, 2016.

**IT IS SO ORDERED**.
Dated:  July 6, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge