KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
JAMES HITT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES HITT.<br><br>Defendant. | No. 15-CR-00117-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE AND EXCLUDING TIME<br><br>Date: December 1, 2017<br>Time: 9:00am.<br>Judge: Honorable Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant James Hitt, that the previously-scheduled trial confirmation conference, currently set for June 30, 2017, be vacated as well as the currently set trial date of August 1, 2017. Further, that the matter be re-set for trial confirmation conference on December 1, 2017 at 9:00am, and for trial on January 9, 2018.

At the last trial confirmation conference on June 23, 2017, defense counsel informed the court that he could not announce ready for trial because of defense investigation issues and of the unavailability of their computer expert for the currently set trial date. Counsel explained that he needed additional time to do the investigation necessary to properly prepare for trial.

1

The matter was put over to June 30, 2017 to confirm the availability of the defense expert for the requested new trial date of January 9, 2018.

Counsel has confirmed that they are available for the proposed new trial date. Assistant United States Attorney Roger Yang also confirmed that his witnesses were available for the January trial date.

In order to ensure continuity of counsel and allow defense counsel adequate time to prepare for trial, **it is further stipulated** that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, June 27, 2017 up to and including January 9, 2018.

IT IS SO STIPULATED.

Dated: June 27, 2017	BENJAMIN B. WAGNER
	UNITED STATES ATTORNEY

	by:	/s/Roger Yang
		ROGER YANG
		Assistant U.S. Attorney
		Attorney for Plaintiff

Dated: June 27, 2017	/s/ Kyle Knapp
	KYLE KNAPP
	Attorney for Defendant
	JAMES HITT

**ORDER**

The Stipulation of the parties is hereby accepted and the requested trial continuance is GRANTED. This matter shall be dropped from this court's June 30, 2017 criminal calendar, the present trial date of August 1, 2017 be vacated and the matter re-calendared for trial confirmation conference on December 1, 2017 at 9:00am., and for trial on January 9, 2018.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on June 27, 2017 through and including January 9, 2018.

**IT IS SO ORDERED**.
Dated: June 28, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge