**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **JAMES JAY HITT,** Defendant. | CR NO: 2:15-CR-0117 GEB |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☐ Ad Prosequendum  ☒ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Jeramie Brooks (booked as Jermanie Brooks in CDCR) |
| Detained at | Deuel Vocational Institution |

Detainee is:
a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint charging detainee with: _____
or b.) ☒ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on January 3, 2018 in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Michael M. Beckwith |
| Printed Name & Phone No: | Michael M. Beckwith (916) 554-2797 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☐ Ad Prosequendum  ☒ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on January 3, 2018**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| | |
|---|---|
| Dated: 12/12/2017 | /s/ Carolyn K. Delaney |
| | Honorable Carolyn K. Delaney |
| | U.S. MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Wrongly booked as Jermanie Brooks | ☒Male ☐Female | |
| Booking or CDC #: | BE8210 | DOB: | 11/7/1984 |
| Facility Address: | Post Office Box 400, Tracy, CA 95378 | Race: | |
| Facility Phone: | (209) 835-4141 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____   _____
(signature)