UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JAMES JAY HITT,<br><br>        Defendant. | No. 2:15-cr-117-GEB<br><br>**ORDER EXTENDING TERM OF JURY SERVICE FOR ADMINISTRATIVE PURPOSES** |

      For administrative purposes, the term of service for the jurors who deliberated in this matter, including the alternate juror but excluding the dismissed juror, is hereby extended until July 15, 2018. This extension may authorize the referenced persons to receive counseling through Federal Occupational Health — United States Health and Human Services for trauma incurred by their federal jury service on this case. The Clerk of Court is directed to serve a copy of this order on the Jury Commissioner.

Dated: January 19, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1