KYLE R. KNAPP
Attorney at Law
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for JAMES HITT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 15-CR-00117 - GEB |
| Plaintiff, | |
| v. | [PROPOSED] STIPULATION AND ORDER TO VACATE SENTENCING DATE AND CONTINUE JUDGEMENT AND SENTENCING |
| JAMES JAY HITT, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff; Michael Beckwith, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, JAMES HITT, that the previously scheduled sentencing date of April 6, 2018, be vacated and the matter re-set for status on April 27, 2018. At, or prior to that date, a formal sentencing date will be selected with the requisite disclosure schedules.

This continuance is requested to allow defense counsel additional time to engage experts and properly analyze the guideline factors at play given the dynamics of the trial and the defendant's personal and criminal history. I have contacted Mr. Yang, Mr. Beckwith and Ms. Moore of probation and they have no objection to the continuance.

In light of the above request the sentencing date of April 6, 2018 is vacated and the matter is re-set for status and selection of a new sentencing date on April 27, 2018. A new schedule of disclosure will be filed at or prior to the hearing on April 27, 2018.

Dated: March 14, 2018                                  Respectfully submitted.


                                                        /s/ Kyle R. Knapp
                                                       Kyle R. Knapp
                                                       Attorney for Defendant, James Hitt

Dated: March 14, 2018                                  Respectfully submitted.


                                                        /s/ Roger Yang
                                                       Roger Yang
                                                       Assistant U.S. Attorney
                                                       Attorney for Plaintiff

Dated: March 14, 2018                                  Respectfully submitted.


                                                        /s/ Michael Beckwith
                                                       Michael Beckwith
                                                       Assistant U.S. Attorney
                                                       Attorney for Plaintiff


IT IS SO ORDERED.

Dated: March 20, 2018

                                                       _____
                                                       GARLAND E. BURRELL, JR.
                                                       Senior United States District Judge