```
KYLE R. KNAPP
Attorney at Law
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717


Attorney for James Hitt
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  15 - 0117 - GEB |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | **[PROPOSED] STIPULATION AND ORDER TO** |
| ) | SET NEW JUDGEMENT AND SENTENCING DATE & NEW |
| JAMES HITT, ) | DISCLOSURE SCHEDULE |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff; Michael Beckwith, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, JAMES HITT, that the previously scheduled status for sentencing date of April 27, 2018, be vacated and the matter set for sentencing on August 3, 2018 at 9:00am.

This continuance is requested to allow counsel additional time to provide materials to probation, have his client evaluated, and to research several issues in order to address the guideline analysis.  I have contacted Mr. Yang, Mr. Beckwith and Ms. Moore and they have no objection to the additional time needed to research all mitigation areas in this matter.

In light of the above request, the following revised sentencing schedule is requested: Judgement and Sentencing — August 3, 2018; Reply or Statement of Non Opposition to Motion to Correct PSR due July 27, 2018; Motion to Correct PSR due July 20, 2018; Probation Report and Response to Informal Objections due July 13, 2018; and Informal Objections due July 6, 2018. The draft PSR will be disclosed to counsel on June 22, 2018.

Dated: April 25, 2018                                  Respectfully submitted.

                                                           /s/ Kyle R. Knapp
                                        Kyle R. Knapp
                                        Attorney for Defendant James Hitt

Dated: April 25, 2018                                  Respectfully submitted.

                                        /s/ Roger Yang
                                      Roger Yang
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

Dated: April 25, 2018                                  Respectfully submitted.

                                        /s/ Michael Beckwith
                                      Michael Beckwith
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

IT IS SO ORDERED.

Dated: April 26, 2018

                                        GARLAND E. BURRELL, JR.
                                        Senior United States District Judge