KYLE R. KNAPP
Attorney at Law
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for James Hitt

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.   15 - 0117 - GEB |
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] STIPULATION AND ORDER TO** SET NEW JUDGEMENT AND SENTENCING DATE & NEW DISCLOSURE SCHEDULE |
| JAMES HITT, | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff; Michael Beckwith, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, James Hitt, that the previously scheduled status for sentencing date of August 3, 2018, be vacated and the matter set for sentencing on October 5, 2018 at 9:00am.

This continuance is requested to allow counsel additional time to complete the current homicide trial he is engaged in, provide materials to probation, have his client evaluated, and to research several issues in order to address the guideline analysis. I have contacted Mr. Yang, Mr. Beckwith and Ms. Moore and they have no

objection to the additional time needed to research all mitigation areas in this matter.

In light of the above request, the following revised sentencing schedule is requested: Judgement and Sentencing – October 5, 2018; Reply or Statement of Non Opposition to Motion to Correct PSR due September 28, 2018; Motion to Correct PSR due September 21, 2018; Probation Report and Response to Informal Objections due September 14, 2018; and Informal Objections due September 7, 2018. The draft PSR will be disclosed to counsel on August 24, 2018.

Dated: June 22, 2018                         Respectfully submitted.

                                             /s/ Kyle R. Knapp
                                             Kyle R. Knapp
                                             Attorney for Defendant James Hitt


Dated: June 22, 2018                         Respectfully submitted.

                                             /s/ Roger Yang
                                             Roger Yang
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

Dated: June 22, 2018                         Respectfully submitted.

                                             /s/ Michael Beckwith
                                             Michael Beckwith
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

IT IS SO ORDERED.

Dated:  June 26, 2018



_____
GARLAND E. BURRELL, JR.
Senior United States District Judge