KYLE R. KNAPP
Attorney at Law
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for James Hitt

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 15 - 0117 - GEB |
| Plaintiff, | |
| v. | [PROPOSED] STIPULATION AND ORDER TO SET NEW JUDGEMENT AND SENTENCING DATE & NEW DISCLOSURE SCHEDULE |
| JAMES HITT, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff; Michael Beckwith, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, James Hitt, that the previously scheduled status for sentencing date of October 5, 2018, be vacated and the matter set for sentencing on December 7, 2018 at 9:00am.

This continuance is requested to allow counsel additional time to provide materials to probation, finalize the record gathering process and to research several issues in order to address the guideline analysis. Because of my trial schedule, Ms. Moore of Federal Probation and I conducted the probation interview of the defendant on September 25, 2018. I contacted both Mr. Yang and Mr. Beckwith

regarding this situation and explained the need to continue this in order to complete the probation investigation and for counsel to finalize research on all mitigation areas in this matter.

In light of the above request, the following revised sentencing schedule is requested: Judgement and Sentencing – December 7, 2018; Reply or Statement of Non Opposition to Motion to Correct PSR due November 30, 2018; Motion to Correct PSR due November 23, 2018; Probation Report and Response to Informal Objections due November 16 2018; and Informal Objections November 9, 2018. The draft PSR will be disclosed to counsel on October 26, 2018.

Dated: September 26, 2018          Respectfully submitted.

                                          /s/ Kyle R. Knapp
                                          Kyle R. Knapp
                                          Attorney for Defendant James Hitt

Dated: September, 2018          Respectfully submitted.

                                          /s/ Roger Yang
                                          Roger Yang
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

Dated: September 26, 2018          Respectfully submitted.

                                          /s/ Michael Beckwith
                                          Michael Beckwith
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

IT IS SO ORDERED.

Dated:  September 28, 2018

                                          _____
                                          GARLAND E. BURRELL, JR.
                                          Senior United States District Judge