```
 1  KYLE R. KNAPP
    Attorney at Law
 2  California State Bar No. 166597
    916 2nd Street, 2nd Floor
 3  Sacramento, CA 95814
    Telephone:(916) 441-4717
 4
 5  Attorney for James Hitt
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.   15 - 0117 - GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | [PROPOSED] STIPULATION AND ORDER TO |
| | ) | SET NEW JUDGEMENT AND SENTENCING DATE & NEW |
| JAMES HITT, | ) | DISCLOSURE SCHEDULE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff; Michael Beckwith, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, James Hitt, that the previously scheduled sentencing date of October 5, 2018, be vacated and the matter set for sentencing on January 4, 2019 at 9:00am.

   This continuance is requested to allow counsel additional time to provide materials to probation, finalize the record gathering process and to research several issues in order to address the guideline analysis. Because of my trial schedule, Ms. Moore of Federal Probation and I conducted the probation interview of the defendant on September 25, 2018. I contacted both Mr. Yang and Mr. Beckwith

regarding this situation and explained the need to continue this in order to complete the probation investigation and for counsel to finalize research on all mitigation areas in this matter.

In light of the above request, the following revised sentencing schedule is requested: Judgement and Sentencing – January 4, 2019; Reply or Statement of Non Opposition to Motion to Correct PSR due December 28, 2018; Motion to Correct PSR due December 21, 2018; Probation Report and Response to Informal Objections due December 14, 2018; and Informal Objections December 7, 2018. The draft PSR will be disclosed to counsel on November 23, 2018.

Dated: October 2, 2018                               Respectfully submitted.

                                                               /s/ Kyle R. Knapp
                                         Kyle R. Knapp
                                         Attorney for Defendant James Hitt

Dated: October 2, 2018                               Respectfully submitted.

                                         /s/ Roger Yang
                                         Roger Yang
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

Dated: October 2, 2018                               Respectfully submitted.

                                         /s/ Michael Beckwith
                                         Michael Beckwith
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

IT IS SO ORDERED.

Dated: October 2, 2018

                                         GARLAND E. BURRELL, JR.
                                         Senior United States District Judge