KYLE R. KNAPP
Attorney at Law
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for James Hitt

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 15 - 0117 - GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) |
|  | ) [PROPOSED] STIPULATION AND ORDER TO SET NEW JUDGEMENT AND SENTENCING DATE & NEW DISCLOSURE SCHEDULE |
| JAMES HITT, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff; Michael Beckwith, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, JAMES HITT, that the previously scheduled status for sentencing date of January 4, 2019, be vacated and the matter set for sentencing on March 1, 2019 at 9:00am.

This continuance is requested to evaluate and respond to the impending draft report and fully research the guideline and sentencing issues presented. It is expected the draft report will be in counsel's hands sometime in the next week. I have contacted Mr. Yang, Mr. Beckwith and Ms. Moore and they have no objection to the new sentencing date.

In light of the above request, the following revised sentencing schedule is requested: Judgement and Sentencing — March 1, 2019; Reply or Statement of Non Opposition to Motion to Correct PSR due February 22, 2019; Motion to Correct PSR due February 15, 2019; Probation Report and Response to Informal Objections due February 8, 2019; and Informal Objections due February 1, 2019. The draft PSR will be disclosed to counsel no later than January 18, 2019.

Dated: January 2, 2019                                  Respectfully submitted.

                                                    /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant James Hitt

Dated: January 2, 2019                                  Respectfully submitted.

                                                    /s/ Roger Yang
Roger Yang
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: January 2, 2019                                  Respectfully submitted.

                                                  /s/ Michael Beckwith
Michael Beckwith
Assistant U.S. Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

Dated:  January 4, 2019

                                                           
GARLAND E. BURRELL, JR.
Senior United States District Judge