KYLE R. KNAPP
Attorney at Law
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for James Hitt

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.   15 - 0117 - GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | [PROPOSED] STIPULATION AND ORDER TO |
| | ) | SET NEW JUDGEMENT AND SENTENCING DATE & NEW |
| JAMES HITT, | ) | DISCLOSURE SCHEDULE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff; Michael Beckwith, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, JAMES HITT, that the previously scheduled sentencing date of March 1, 2019, be vacated and the matter set for sentencing on March 15, 2019 at 9:00am.

    This continuance is requested to allow defense counsel additional time to evaluate and respond to the draft report and fully research the guideline and sentencing issues presented. I have contacted Mr. Yang, Mr. Beckwith and Ms. Moore and they have no objection to the new sentencing date.

    In light of the above request, the following revised sentencing schedule is

requested: Judgement and Sentencing — March 15, 2019; Reply or Statement of Non Opposition to Motion to Correct PSR due March 8, 2019; Motion to Correct PSR due March 1, 2019; Probation Report and Response to Informal Objections due February 22, 2019; and Informal Objections due February 15, 2019.  The draft PSR has been filed.

Dated: February 7, 2019                         Respectfully submitted.


                                                 /s/ Kyle R. Knapp
                                                Kyle R. Knapp
                                                Attorney for Defendant James Hitt



Dated: February 7, 2019                         Respectfully submitted.


                                                 /s/ Roger Yang
                                                Roger Yang
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

Dated: February 7, 2019                         Respectfully submitted.


                                                 /s/ Michael Beckwith
                                                Michael Beckwith
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff


IT IS SO ORDERED.

Dated:  February 8, 2019



_____
GARLAND E. BURRELL, JR.
Senior United States District Judge