KYLE R. KNAPP
Attorney at Law
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for James Hitt

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  15 - 0117 - GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | [PROPOSED] STIPULATION AND ORDER TO |
| | ) | SET NEW JUDGEMENT AND SENTENCING DATE & NEW |
| JAMES HITT, | ) | DISCLOSURE SCHEDULE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff; Michael Beckwith, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, James Hitt, that the previously scheduled sentencing date of March 15, 2019, be vacated and the matter set for sentencing on March 22, 2019 at 9:00am.

This continuance is requested to allow defense counsel and the government additional time to evaluate and respond to the final probation report and fully research the guideline and sentencing issues presented. I have contacted Mr. Yang, Mr. Beckwith and Ms. Moore and they have no objection to the new sentencing date.

In light of the above request, the following revised sentencing schedule is

requested: Judgement and Sentencing — March 22, 2019; Reply or Statement of Non Opposition to Motion to Correct PSR due March 15, 2019. The final PSR has been filed.

Dated: March 11, 2019                    Respectfully submitted.

                                              /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant James Hitt

Dated: March 11, 2019                    Respectfully submitted.

                                              /s/ Roger Yang
Roger Yang
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: March 11, 2019                    Respectfully submitted.

                                              /s/ Michael Beckwith
Michael Beckwith
Assistant U.S. Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: March 13, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge