```
 1  KYLE R. KNAPP
    Attorney at Law
 2  California State Bar No. 166597
    916 2nd Street, 2nd Floor
 3  Sacramento, CA 95814
    Telephone:(916) 441-4717
 4
 5  Attorney for James Hitt
 6
 7                          UNITED STATES DISTRICT COURT
 8                         EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CASE NO.   15 - 0117 - GEB
                                 )
11              Plaintiff,       )
                                 )
12                               )
    v.                           )
13                               )   [PROPOSED] STIPULATION AND ORDER TO
                                 )   Continue Restitution Hearing
14  JAMES HITT,                  )
                                 )
15              Defendant.       )
                                 )
16  _____)
17
18
19      IT IS HEREBY STIPULATED by and between the parties hereto through their
20  respective counsel, Roger Yang, Assistant United States Attorney, attorney for
21  plaintiff and Kyle Knapp, attorney for defendant, JAMES HITT, that the previously
22  scheduled restitution hearing date of April 26, 2019, be vacated and the matter set
23  for restitution hearing on May 3, 2019, 2019 at 9:00am.
24      This continuance is requested to allow defense counsel additional time to
25  evaluate and respond to the restitution requests made by several victims in this
26  matter.
27  //
28  //
```

Dated: April 25, 2019					Respectfully submitted.

						  /s/ Kyle R. Knapp
						Kyle R. Knapp
						Trial Attorney for Defendant James
						Hitt


Dated: April 25, 2019					Respectfully submitted.

						  /s/ Roger Yang
						Roger Yang
						Assistant U.S. Attorney
						Attorney for Plaintiff

IT IS SO ORDERED.

Dated: April 25, 2019

						_____
						GARLAND E. BURRELL, JR.
						Senior United States District Judge