KYLE R. KNAPP
Attorney at Law
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for James Hitt

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES HITT, <br><br> Defendant. | CASE NO. 15 - 0117 - GEB <br><br> [PROPOSED] STIPULATION AND ORDER TO Vacate Restitution Hearing and Finalize Judgement |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, JAMES HITT, that the restitution hearing on May 3, 2019, 2019 at 9:00am be vacated and the judgement be finalized with no restitution ordered. Counsel have been in communication with the attorney for the two claimants and she withdrew their respective restitution requests. (Ex. A).

Dated: May 2, 2019                    Respectfully submitted.


    /s/ Kyle R. Knapp
Kyle R. Knapp
Trial Attorney for Defendant James Hitt

Dated: May 2, 2019                    Respectfully submitted.

                                          /s/ Roger Yang
                                      Roger Yang
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

IT IS SO ORDERED.

Dated:  May 2, 2019



                                      _____
                                      GARLAND E. BURRELL, JR.
                                      Senior United States District Judge