McGREGOR W. SCOTT
United States Attorney
ROGER YANG
MICHAEL M. BECKWITH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-CR-00117-GEB |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| JAMES JAY HITT, | |
| Defendant. | |

On March 19, 2019, this Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the guilty verdict and the Stipulation and Application for Preliminary Order of Forfeiture entered into between plaintiff and defendant James Jay Hitt forfeiting to the United States the following property:

        a. One HP Pavilion desktop, serial number 4CE1400MX2,
        b. One HP mini laptop, serial number CNU9376P97,
        c. One Western Digital hard drive, serial number WCAM9D386321,
        d. One Motorola modem, serial number 30873438849456,
        e. Sandisk Cruzer USB 4GB, blue; and
        f. CDs containing child pornography.

Beginning on March 20, 2019, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the

validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of James Jay Hitt.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: June 19, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge