Daniel Olmos (SBN: 235319)

**NOLAN BARTON OLMOS LLP**

600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704

Attorney for Defendant
JAMES JAY HITT

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No.: 2:15-CR-00117 JAM |
| Plaintiff, | Ninth Circuit Case No. 19-10116 |
| vs. | **ORDER GRANTING STIPULATION AUTHORIZING APPELLATE COUNSEL TO ACQUIRE SEALED MATERIALS** |
| JAMES JAY HITT, | |
| Defendant. | |
| | Before the Hon. John A. Mendez<br>United States District Judge |

1  Based on the foregoing Stipulation, and for good cause shown, IT IS ORDERED that the following documents, which are currently under seal, shall be unsealed for the limited purpose of providing them to Appellant's counsel of record—Daniel Olmos, as well as any licensed attorneys employed by counsel in connection with the Ninth Circuit appeal referenced above—including either unlocked on PACER so that Mr. Olmos may access them with his ECF number, or provided to counsel by the Clerk of the Court:

- ECF Nos. 2, 3, 4, 41 (and attachments), 44, 60 (and attachments).

IT IS FURTHER ORDERED that the foregoing materials are unsealed only for the limited purpose of providing them to Appellant's counsel and solely for counsel's use in preparing the appeal referenced above, and that these materials remain sealed for all other purposes, including from the public, and that any submission of these materials to the Court of Appeals must be made under seal.

IT IS SO ORDERED.

DATED:  December 2, 2020                    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE